UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARK M. SKIBA

Plaintiff(s),

vs.

ILLINOIS CENTRAL RAILROAD, CO.,

Defendant(s).

FILED
MAY 11 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

18CV3381
JUDGE GUZMAN
MAG. JUDGE SCHENKIER

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is MARK M. SKIBA.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, **ILLINOIS CENTRAL RAILROAD**, is
   (name, badge number if known)

   ☒ an officer or officials employed by **IL CENTRAL RR** ; **JOHN L. + employees of RR** department or agency of government **TRUCKS DEPT; DAN SAKO, KATIE ROOP, CHERYL CLARK,** or
   ☐ an individual not employed by a governmental entity. **JOTTONE RSCIVUTO ADESSA BLACK, SUZANNE IMMEL, KATY SMOLYNEC**

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **COOK COUNTY, IL**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **BETWS 5/14 AND 5/16**, at approximately _____ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _____
   **HOMEWOOD**, in the County of **COOK**,
   State of Illinois, at **17550 S. ASHLAND, HOMEWOOD IL 60430**
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: **INVASION OF PRIVACY; UNREASONABLE SEARCH & SEIZURE.**

2

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

_____

_____*DOA*_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

_____*DNA*_____

_____

_____

_____

_____

9. (**Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"**) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____*DNA*_____.

☐ Other: _____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

BETWEEN MAY 9, 2014 AND MAY 13, 2016, I WAS FORCED TO TAKE DOT/FRA DRUG TESTING ON A FREQUENT BASIS (24x) THOSE "FEDERAL AUTHORITY" TEST WHICH INCLUDED ME TO DISROBE & REVEAL MY PRIVATE PARTS TO A STRANGE MAN. ("DIRECT OBSERVATION"). THE RAILROAD DID NOT HAVE "FEDERAL AUTHORITY" TO FORCE ME INTO SUCH INVASIVE TESTING SINCE DURING THIS ENTIRE PERIOD - I WAS NOT A DOT/FRA COVERED EMPLOYEE. BETW JAN & MAY 2016, ALSO FORCED TO TAKE DOT ALCOHOL TESTS - ALSO IN FEDERAL LAW VIOLATION.

11. Defendant acted knowingly, intentionally, willfully and maliciously. YES, REFUSAL TO TEST BY ME = TERMINATION OF EMPLOYMENT.

12. As a result of defendant's conduct, plaintiff was injured as follows:

FOR 2 YEARS - HOSTILE WORK ENVIRONMENT & EMOTIONAL DISTRESS & HARM. I FEEL SEXUALLY VIOLATED FOR 2 YEARS.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes  ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

YES, ILLINOIS CONSTITUTION - INVASION OF PRIVACY, & UNREASONABLE SEARCH + SEIZURE.

WHEREFORE, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *[signature]*
Plaintiff's name (print clearly or type): MARK M. SKIBA
Plaintiff's mailing address: 3870 STECTER FARM DR
City BRIDGMAN State MI ZIP 49106
Plaintiff's telephone number: (269-612 7676
Plaintiff's email address *(if you prefer to be contacted by email)*:
MARKSKIBA2008@YAHOO.COM

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

   *If yes, please list the cases below.*
   NO. 1:15-CV-05358 JUDGE GUZMAN

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5